IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PRAKASH NARAYAN, et al.,

    Plaintiffs,                No. CIV S 04-1689 LKK GGH PS

    vs.

CITY OF SACRAMENTO, et al.,

    Defendants.            <u>ORDER</u>

_____/

        On April 25, 2005, plaintiff Narayan filed another request for appointment of counsel. The court has already referred the case to the <u>Bradshaw</u> panel without success, and granted plaintiff Narayan additional time to retain counsel. This action, filed August 17, 2004, cannot be delayed further. Therefore, plaintiff's request will be denied.

        Accordingly, IT IS ORDERED that plaintiffs' April 25, 2005 request for appointment of counsel is denied.

DATED: 5/2/05

                                                    /s/ Gregory G. Hollows

                                                    GREGORY G. HOLLOWS
                                                    UNITED STATES MAGISTRATE JUDGE

GGH:076
Narayanden.aty.wpd