IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PRAKASH NARAYAN,

    Plaintiff,                    No. CIV S 04-1689 LKK GGH PS

   vs.

CITY OF SACRAMENTO,

    Defendants.              <u>ORDER</u>

_____/

       Plaintiff, a state prisoner proceeding pro se, has requested that this action be dismissed. Defendants have not objected to the dismissal of this action.

       Accordingly, IT IS HEREBY ORDERED that this action is dismissed pursuant to Fed. R. Civ. P. 41(a)(2). The Clerk of Court shall close this case.

DATED: 7/11/05

                                    /s/ Gregory G. Hollows

                                    UNITED STATES MAGISTRATE JUDGE

GGH:076
Narayan1689.59.wpd

1